UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| HELEN L ALMANZA, ) | |
| ) | CASE NO. C05-3069 MWB |
| Plaintiff, ) | |
| ) | |
| vs. ) | JUDGMENT |
| ) | IN A CIVIL CASE |
| MICHAEL J ASTRUE ) | |
| COMMISSIONER OF SOCIAL SECURITY, ) | |
| ) | |
| Defendant. ) | |

This matter came before the Court. The issues have been decided and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The court reverses the ALJ's decision and remands this case to the Commissioner for further development of the record.

DATED: March 16, 2007

Pridgen J. Watkins - Clerk

S/src
By: Deputy Clerk